# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER G. BROADWATER**  :  **Plaintiff**  : : v.  : : **CHRISTIAN D. FOW**, et al.,  :  **Defendants**  : | **CIVIL ACTION NO. 1:12-CV-1937** **(Chief Judge Conner)** |

## **ORDER**

AND NOW, this 10th day of January, 2014, upon consideration of the motion (Doc. 63) to strike plaintiff's amended complaint (Doc. 58) filed by defendants Commonwealth of Pennsylvania, Pennsylvania State Police, Nathan Swink, Ralph Hockenberry, and David Rush, wherein defendants aver that plaintiff's amended complaint did not comport with Federal Rule of Civil Procedure 15(a)(2), which allows for the amendment of pleadings only with the opposing party's written consent or the court's leave, and for the reasons expressed by the court in the telephone conference held with the parties on January 10, 2014, specifically that leave to amend in the manner undertaken by plaintiff's counsel was in fact granted, it is hereby ordered that defendants' motion (Doc. 63) to strike is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania