# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER G. BROADWATER** :  | | CIVIL ACTION NO. 1:12-CV-1937 |
| Plaintiff  : | | |
| : | | **(Chief Judge Conner)** |
| v.  : | | |
| : | | |
| **CHRISTIAN D. FOW**, et al.,  : | | |
| Defendants  : | | |

## ORDER

AND NOW, this 5th day of May, 2014, upon consideration of the motion (Doc. 77) to dismiss the claims filed against defendants Paul J. Evanko, Jeffrey B. Miller, and Frank E. Pawlowski in Count II of the amended complaint (Doc. 58), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 77) to dismiss is GRANTED.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania